**Order filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00039-CV

———————

### DEMETRIO DIAZ AND ALICIA GARZA-DIAZ, Appellants

### V.

### WELLS FARGO BANK, NA AND COCHRAN INVESTMENTS, INC., Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-49015**

## O R D E R

The notice of appeal in this case was filed January 12, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **March 9, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM